**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**TERRY NAFISI**
District Court Executive and
Clerk of Court

Date: March 14, 2012

District Of Massachusetts
John Joseph Moakley US Courthouse, One Courthouse Way
Room 2300, Boston, MA 02210-3002

Transfer of ☐ Criminal Case or ☑ Magistrate Case
Case No. EDMJ12-0081       Case Title: USA v. David Gurule

*[Stamp: U.S. DISTRICT COURT DISTRICT OF MASS. 2012 MAR 20 A 10:25 FILED IN CLERKS OFFICE]*

Dear Sir/Madam:

**Pursuant to F.R.CR.P. 5:**
☑ Certified copy of case file documents (Filed prior to January 1, 2007**) and docket sheet
☑ This is an electronically filed case and the documents are available through pacer
☑ Not for public view document (pursuant to Judicial Conference policy)
☐ Original Bond         or    ☐ Original Bond to be forwarded by Fiscal
☐ Original Passport     or    ☐ Declaration re: Passport
☐ Original Passport (received on or after 1-1-07) will be transferred by Pretrial Services
☐ Other _____

**Pursuant to ☐ F.R.CR.P. 20 / ☐ F.R.CR.P. 21:**
☐ This is an electronically filed case and the documents are available through pacer.
☐ Certified copy of docket sheet
☐ Certified copy of Indictment / Information**    ☐ Original Consent of defendant
☐ Original Passport                           or    ☐ Declaration re: Passport
☐ Original Passport (received on or after 1-1-07) will be transferred by Pretrial Services
☐ Not for public view document (pursuant to Judicial Conference policy)
☐ Other _____

> **Note: Documents filed on or after January 1, 2007 are available electronically through PACER.**
> Electronically filed documents can be retrieved by using your court's pacer account.

Sincerely,

Clerk, U.S. District Court
By A. Morris
Deputy Clerk

cc: U.S. Attorney - Central District of California and Receiving District, Pretrial Services

---

**TO BE COMPLETED BY RECEIVING DISTRICT**

Please acknowledge receipt via e-mail to the appropriate address listed below and provide the case number:

☐ CrimIntakeCourtDocs-LA@cacd.uscourts.gov    (Los Angeles Offices)
☑ CrimIntakeCourtDocs-RS@cacd.uscourts.gov    (Riverside Office)
☐ CrimIntakeCourtDocs-SA@cacd.uscourts.gov    (Santa Ana Office)

Case No: 12cr10027-WGY

Clerk, U.S. District Court

Date: 3/20/2012

By: _____
Deputy Clerk

CR-48 (09/10)    **LETTER RE: F.R.CR.P. 5, 20 and 21 - TRANSFER OUT**

CLOSED

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA (Eastern Division - Riverside)
## CRIMINAL DOCKET FOR CASE #: 5:12-mj-00081-DUTY All Defendants
### Internal Use Only

Case title: USA v. Gurule

Date Filed: 03/09/2012
Date Terminated: 03/13/2012

Assigned to: Duty Magistrate Judge

**Defendant (1)**
**David Gurule**
*TERMINATED: 03/13/2012*

represented by **Kay K Otani**
Federal Public Defenders Office
3801 University Avenue Suite 700
Riverside, CA 92501
951-276-6346
Fax: 951-276-6368
Email: zzCAC_FPD_Document_Receiving@fd.org
*ATTORNEY TO BE NOTICED*
Designation: Public Defender or Community Defender Appointment

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 21 USC 846 | Defendant held to answer to the District of Massachusetts at Boston. |

**Plaintiff**
**USA**

represented by **US Attorney's Office**
AUSA - Office of US Attorney
Criminal Div - US Courthouse
312 N Spring St, 12th Floor
Los Angeles, CA 90012-4700
213-894-2434
Email: USACAC.Criminal@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/08/2012 |  | (Court only) ***Defendant David Gurule ARRESTED (Rule 5(c)(3)) (am) (Entered: 03/14/2012) |
| 03/09/2012 | 1 | AFFIDAVIT RE: OUT-OF-DISTRICT WARRANT (Rule 5(c)(3)) filed as to defendant David Gurule, originating in the District of Massachusetts. Defendant charged in violation of: 21: 846. Signed by agent Garcia, USMS/DUSM. filed by US Marshals Service (am) (Entered: 03/14/2012) |
| 03/09/2012 | 2 | Defendant David Gurule arrested on warrant issued by the USDC District of Massachusetts at Boston. (am) (Entered: 03/14/2012) |
| 03/09/2012 | 3 | REPORT COMMENCING CRIMINAL ACTION as to Defendant David Gurule; defendants Year of Birth: 1973; date of arrest: 3/8/2012 (am) (Entered: 03/14/2012) |
| 03/09/2012 | 4 | MINUTES OF ARREST ON OUT OF DISTRICT WARRANT held before Magistrate Judge Sheri Pym as to Defendant David Gurule Defendant arraigned and states true name is as charged. Attorney: Kay K Otani for David Gurule, Deputy Federal Public Defender, present. Court orders defendant Temporarily detained. Defendant remanded to the custody or currently in the custody of the US Marshal. Detention Hearing set for 3/13/2012 01:30 PM before Magistrate Judge Sheri Pym. Court Smart: RS-4 03/09/12. (am) (Entered: 03/14/2012) |
| 03/09/2012 | 5 | NOTICE OF REQUEST FOR DETENTION filed by Plaintiff USA as to Defendant David Gurule (am) (Entered: 03/14/2012) |
| 03/09/2012 | 6 | ORDER OF TEMPORARY DETENTION Pending Hearing Pursuant to Bail Reform Act by Magistrate Judge Sheri Pym as to Defendant David Gurule. Pending hearing, the defendant shall be held in custody by the U. S. Marshal and produced for the hearing. Detention Hearing set for 3/13/2012 01:30 PM before Magistrate Judge Sheri Pym. (am) (Entered: 03/14/2012) |
| 03/13/2012 | 7 | MINUTES OF RULE 5(c)(3) REMOVAL/ARRIVAL OF PROCESS HEARING held before Magistrate Judge Sheri Pym Defendant Ordered detained. Court orders defendant held to answer to District of Massachusetts. Warrant of Removal and final commitment to issue., Detention Hearing held before Magistrate Judge Sheri Pym as to Defendant David Gurule, The Court Orders the defendant permanently detained. Court Smart: CS RS-4 03/13/12. (am) (Entered: 03/14/2012) |
| 03/13/2012 | 8 | ORDER OF DETENTION by Magistrate Judge Sheri Pym as to Defendant David Gurule, (am) (Entered: 03/14/2012) |
| 03/13/2012 | 9 | WAIVER OF RIGHTS approved by Magistrate Judge Sheri Pym as to Defendant David Gurule. (am) (Entered: 03/14/2012) |
| 03/13/2012 | 10 | WARRANT OF REMOVAL AND COMMITMENT by Magistrate Judge Sheri Pym that Defendant David Gurule be removed to the District of Massachusetts (Attachments: # 1 CR48) (am) (Entered: 03/14/2012) |
| 03/13/2012 | 11 | FINANCIAL AFFIDAVIT filed as to Defendant David Gurule. (am) (Entered: 03/14/2012) |
| 03/13/2012 |  | (Court only) ***Magistrate Case Terminated (am) (Entered: 03/14/2012) |

I hereby attest and certify on 3/14/12 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

By _____ Deputy